1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 577-7422
3  Facsimile (707) 837-9532

4
   Attorney for Plaintiff
5  Arminda Y. Madrid

6

7                   **UNITED STATES DISTRICT COURT**

8                   **NORTHERN DISTRICT OF CALIFORNIA**

9
   ARMINDA Y. MADRID,                    ) Case No. C 07 2839 JCS
10                                        )
              Plaintiff,                  ) **CERTIFICATE OF SERVICE**
11                                        )
        vs.                               )
12                                        )
   DIONEX CORPORATION LONG TERM           )
13 DISABILITY PLAN,                       )
                                          )
14            Defendant.                  )
   _____)
15

16

17
        I, the undersigned, hereby certify that I am employed in the City of Santa Rosa, County
18
   of Sonoma. I am over the age of 18 years, and am not a party to the within action. My
19
   business address is 131A Stony Circle, Suite 500, Santa Rosa, California 95401.
20
        On June 21, 2007, I mailed at Santa Rosa, California:
21
        **1.    Complaint**
22
        **2.    Notice of Lawsuit and Request for Waiver of Service of Summons**
23
        **3.    Waiver of Service of Summons**
24
        **4.    Order Setting Initial Case Management Conference and ADR Deadlines**
25
        **5.    Case Management Conference Order form**
26
        **6.    Standing Order for all Judges of the Northern District of California**
27
        **7.    Standing Order (February 26, 2003)**
28

_____
CERTIFICATE OF SERVICE

**8.      Notice of Assignment of Case to a United States Magistrate Judge for Trial**

**9.      Consent to Proceed Before a United States Magistrate Judge**

**10.     "Welcome to the U.S. District Court, San Francisco"**

**11.     U.S. District Court Northern California ECF Registration Information Handout**

in a sealed envelope with postage fully prepaid and addressed to:

Lorna Fiorella
Benefits Administrator
Dionex Corporation
501 Mercury Drive
Sunnyvale, California 94085
*Agent for Service of Process*
*Dionex Corporation Long Term Disability Plan*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 21, 2007, at Santa Rosa, California.

                                                        /S/
                                                Richard Johnston

---
CERTIFICATE OF SERVICE                              2