Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Arminda Y. Madrid

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DIONEX CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant.<br>_____ | Case No. C 07 2839 JCS<br><br>**PLAINTIFF'S FILING OF WAIVER OF SERVICE OF SUMMONS EXECUTED ON BEHALF OF DEFENDANT** |

　　　Plaintiff Arminda Y. Madrid files herewith the Waivers of Service of Summons duly executed on behalf of defendant Dionex Corporation Long Term Disability Plan herein.

Dated: July 18, 2007

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Richard Johnston
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　Arminda Y. Madrid

_____
FILING OF WAIVER OF SERVICE OF SUMMONS