HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant DIONEX
CORPORATION LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID, | CASE NO. C 07 2839 JCS |
| Plaintiff, | Action Filed: May 31, 2007 |
| v. | **DEFENDANT DIONEX CORPORATION LONG TERM DISABILITY PLAN'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| DIONEX CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Defendant DIONEX CORPORATION LONG TERM DISABILITY PLAN hereby submits the following Certificate of Interested Parties:

## CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for defendant DIONEX CORPORATION LONG TERM DISABILITY PLAN certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

/ / /

/ / /

1.     Defendant Dionex Corporation Long Term Disability Plan

2.     Plaintiff Arminda Y. Madrid

3.     Reliance Standard Life Insurance Company funds the Plan, should plaintiff prevail.

DATED: August 3, 2007          HARRINGTON, FOXX, DUBROW & CANTER, LLP

By:   s/Kevin P. McNamara
      KEVIN P. McNAMARA
      Attorneys for Defendant DIONEX CORPORATION LONG TERM DISABILITY PLAN

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\RAW.3122\PLEADINGS\Certificate of Interested Parties.wpd   -2-

DIONEX'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS