HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant DIONEX
CORPORATION LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID,<br><br>Plaintiff,<br><br>v.<br><br>DIONEX CORPORATION LONG TERM DISABILITY PLAN,<br><br>Defendant. | CASE NO. C 07 2839 JCS<br><br>Action Filed:    May 31, 2007<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request s the reassignment of this case to a United States District Judge.

DATED: August 3, 2007              HARRINGTON, FOXX, DUBROW & CANTER, LLP

                                   By:  s/Kevin P. McNamara
                                        KEVIN P. McNAMARA
                                        Attorneys for Defendant DIONEX CORPORATION LONG TERM DISABILITY PLAN