1

2

3                        UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6    ARMINDA Y MADRID,                         No.  C 07-02839 JCS

7              Plainitff(s),                    NOTICE OF IMPENDING
                                                REASSIGNMENT TO A UNITED STATES
8         v.                                    DISTRICT JUDGE

9    DIONEX CORP. LTD PLAN,

10             Defendant(s).
     _____/

11

12        The Clerk of this Court will now randomly reassign this case to a United States District

13   Judge because:

14        [X]    One or more of the parties has requested reassignment to a United States District

15   Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

16        []    One or more of the parties has sought a type of judicial action (e.g., a temporary

17   restraining order) that a United States Magistrate Judge may not take without the consent of all

18   parties, the necessary consents have not been secured, and time is of the essence.

19        ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

20   SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE

21   JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

22

23   Dated:  August 6, 2007

24                                             Richard W. Wieking, Clerk
                                               United States District Court
25                                             *Karen L. Hom*

26                                             By: Karen L. Hom
                                               Courtroom Deputy

27   cc:  Intake

28

**United States District Court**
For the Northern District of California