**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y MADRID, | No. C 07-02839 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| DIONEX CORPORATION, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, October 12, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before October 05, 2007. All other deadlines on the initial case management order remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 8, 2007               FOR THE COURT,

                                    Richard W. Wieking, Clerk

                                    By: _____
                                        Barbara Espinoza
                                        Courtroom Deputy