# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Arminda Madrid

                                        CASE NO. C 07-02839 CRB

                    Plaintiff(s),

            v.                          NOTICE OF NEED FOR ADR PHONE
                                        CONFERENCE
Dionex Corporation Long Term Disability
Plan,

                    Defendant(s).
_____/


Counsel report that they have met and conferred regarding ADR and that they:

          have not yet reached an agreement to an ADR process

✓         request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 12, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Richard Johnston | Plaintiff | (707) 837-9435 | RichardJohnstonEsq@gmail.com |
| Kenin P. McNamara | Defendant | (213) 489-3222 | kmcnamara@hfdclaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/16/07

                                        Richard Johnston
                                        **Attorney for Plaintiff**

Dated: 8/16/07

                                        Kevin P. McNamara
                                        **Attorney for Defendant**

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."