KEVIN P. McNAMARA, State Bar No. 180690
HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant
DIONEX CORPORATION LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID, | CASE NO. CV 07-02839 CRB |
| Plaintiff, | Action Filed: May 31, 2007 |
| | Assigned to Hon. Charles R. Breyer |
| v. | |
| DIONEX CORPORATION LONG TERM DISABILITY PLAN, | **STIPULATION AND [PROPOSED] ORDER REQUESTING PERMISSION FOR ATTORNEYS TO APPEAR TELEPHONICALLY AT THE OCTOBER 12, 2007 CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

The parties, by and through their respective attorneys, hereby stipulate and request the following:

WHEREAS, this is a case for long term disability benefits under ERISA.

WHEREAS, plaintiff's counsel's office is located in Santa Rosa, California.

WHEREAS, defendant's counsel's office is located in Los Angeles, California.

///

F:\CASE\RAW.3122\Stip-Order Re Tele Appear CMC.wpd                -1-

1  WHEREAS, counsel for all parties have thus far worked together well in this case.

WHEREAS, the Initial Case Management Conference is this case is scheduled for October 12, 2007.

WHEREAS, the attorneys in this case believe their telephonic appearance at the Initial Case Management Conference will in no way negatively impact the Initial Case Management Conference.

As such, all counsel request that the Court permit them to appear at the October 12, 2007 Case Management Conference via telephone. Counsel for defendant volunteers to initiate the call to both plaintiff's counsel and the Court.

DATED: September 20, 2007        HARRINGTON, FOXX, DUBROW & CANTER, LLP
                                 KEVIN P. McNAMARA


                                 By:     /s/
                                     KEVIN P. McNAMARA
                                     Attorneys for Defendant
                                     DIONEX CORPORATION LONG TERM DISABILITY PLAN


DATED: September 20, 2007        RICHARD JOHNSTON


                                 By:     /s/
                                     RICHARD JOHNSTON
                                     Attorneys for Plaintiff
                                     ARMINDA Y. MADRID

///
///

F:\CASE\RAW.3122\Stip-Order Re Tele Appear CMC.wpd        -2-

**O R D E R**

The Court, having considered the parties' Stipulation and good cause appearing therefore, hereby orders that counsel for all parties may appear via telephone at the Case Management Conference scheduled for October 12, 2007 at 8:30 a.m. Counsel for the defendant is ordered to initiate the call, and have all counsel on the phone. Counsel shall dial _____ to initiate the call with the court.

DATED: September 21, 2007.



UNITED STATES DISTRICT COURT JUDGE

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

# PROOF OF SERVICE

## (Re: Madrid v. Dionex)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On **September 20, 2007**, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER REQUESTING PERMISSION FOR ATTORNEYS TO APPEAR TELEPHONICALLY AT THE OCTOBER 12, 2007 CASE MANAGEMENT CONFERENCE** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Richard Johnston, Esq.
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401
Ph:    (707) 577-7422
Fax:   (707) 837-9532

[ ] **BY MAIL**- I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **VIA ELECTRONIC MAIL** - a copy of the above document(s) was served on all interested parties by electronic mail through the CM/ECF process.

[ ] **BY OVERNIGHT DELIVERY**- I deposited a copy of above document(s) in a box or other facility regularly maintained by **FEDERAL EXPRESS,** an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents(s) in an envelope or package designated by the said express carrier, with delivery fees paid or provided for, to be delivered to the office(s) of the addressee(s) shown above.

Executed on **September 20, 2007**, at Los Angeles, California.

☐  (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　LYNN KATATA

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\RAW.3122\Stip-Order Re Tele Appear CMC.wpd