**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 12, 2007**

**C-07-02839** **CRB**

**ARMINDA Y MADRID  v.  DIONEX CORPORATION**

Attorneys:    Richard Johnson                          Kevin McNamara

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **N/A**

**PROCEEDINGS:**                                                          **RULING:**

1.  Initial Case Management Conference  -  Held    (By telephone)

2.  _____

3.  _____

**ORDERED AFTER HEARING:**

 Motion to be filed no later than 1/18/2008.  The Court grants interrogatories as to conflict only.

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO February 29, 2008 @ 10:00 a.m. for  Motions for Summary Judgment

Discovery Cut-Off _____     Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____