Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Arminda Y. Madrid

HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone: (213) 489-3222
Facsimile: (213) 623-7929

Attorneys for Defendant DIONEX CORPORATION
LONG TERM DISABILITY PLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMINDA Y. MADRID, | Case No. C 07 2839 JCS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| vs. | |
| DIONEX CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendant. | |

The parties hereto, through their respective counsel of record, stipulate as follows:

**1.** On October 9, 2007, counsel for both parties participated in a telephone conference with the court's ADR office in order to discuss alternative dispute resolution measures for this case. Both parties indicated a preference for a settlement conference with a magistrate judge, and the ADR officer presiding, after considering the parties' respective positions, concurred.

_____
STIPULATION AND ORDER FOR REFERRAL TO
MAGISTRATE SETTLEMENT CONFERENCE

2. The parties are informed and believe that the ADR office thereafter submitted to the court a recommendation that the matter be referred to a magistrate judge.

3. On October 12, 2007, the parties participated telephonically with the court in a case management conference. Neither party raised the topic of alternative dispute resolution during the conference, and it was not otherwise addressed during the conference or in the court's subsequent minute order.

4. The parties believe settlement discussions may well be successful, and believe a settlement conference before a magistrate judge would be the most efficacious method under the circumstances of this case. Therefore, the parties jointly request a referral to a magistrate judge.

Dated: November 13, 2007

          /s/
Richard Johnston
Attorney for Plaintiff
Arminda Y. Madrid

Dated: November 13, 2007

Harrington, Foxx, Dubrow & Canter LLP

By:     /s/
Kevin P. McNamara
Attorneys for Defendant
Dionex Corporation Long Term Disability Plan

STIPULATION AND ORDER FOR REFERRAL TO
MAGISTRATE SETTLEMENT CONFERENCE     2

1 **[Proposed] Order**

2 The court, having reviewed the foregoing stipulation, and good cause appearing,

3 IT IS ORDERED that this matter be referred to Magistrate Judge _____

4 for a settlement conference at such date and time as said Magistrate Judge may direct.

6 Dated: November \_\_, 2007

_____
Charles S. Breyer
Judge, United States District Court

_____
STIPULATION AND ORDER FOR REFERRAL TO
MAGISTRATE SETTLEMENT CONFERENCE              3