1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 577-7422
3  Facsimile (707) 837-9532

4  Attorney for Plaintiff
   Arminda Y. Madrid
5
   HARRINGTON, FOXX, DUBROW & CANTER, LLP
6  KEVIN P. McNAMARA, State Bar No. 180690
   1055 West Seventh Street, 29th Floor
7  Los Angeles, California 90017-2547
   Telephone: (213) 489-3222
8  Facsimile: (213) 623-7929

9  Attorneys for Defendant DIONEX CORPORATION
   LONG TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID, ) | Case No. C 07 2839 JCS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER REFERRING CASE TO** |
| vs. ) | **MAGISTRATE JUDGE FOR** |
| ) | **SETTLEMENT CONFERENCE** |
| DIONEX CORPORATION LONG TERM ) | |
| DISABILITY PLAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereto, through their respective counsel of record, stipulate as follows:

**1.** On October 9, 2007, counsel for both parties participated in a telephone conference with the court's ADR office in order to discuss alternative dispute resolution measures for this case. Both parties indicated a preference for a settlement conference with a magistrate judge, and the ADR officer presiding, after considering the parties' respective positions, concurred.

_____
STIPULATION AND ORDER FOR REFERRAL TO
MAGISTRATE SETTLEMENT CONFERENCE

**2.** The parties are informed and believe that the ADR office thereafter submitted to the court a recommendation that the matter be referred to a magistrate judge.

**3.** On October 12, 2007, the parties participated telephonically with the court in a case management conference. Neither party raised the topic of alternative dispute resolution during the conference, and it was not otherwise addressed during the conference or in the court's subsequent minute order.

**4.** The parties believe settlement discussions may well be successful, and believe a settlement conference before a magistrate judge would be the most efficacious method under the circumstances of this case. Therefore, the parties jointly request a referral to a magistrate judge.

Dated: November 13, 2007

                                                /s/
                                        Richard Johnston
                                        Attorney for Plaintiff
                                        Arminda Y. Madrid

Dated: November 13, 2007

                                        Harrington, Foxx, Dubrow & Canter LLP

                                        By:          /s/
                                             Kevin P. McNamara
                                        Attorneys for Defendant
                                        Dionex Corporation Long Term Disability Plan

**[Proposed] Order**

The court, having reviewed the foregoing stipulation, and good cause appearing,

IT IS ORDERED that this matter be referred to Magistrate Judge _____ for a settlement conference at such date and time as said Magistrate Judge may direct.

Dated: November 15, 2007

_____
Charles S. Breyer
Judge, United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

_____
STIPULATION AND ORDER FOR REFERRAL TO
MAGISTRATE SETTLEMENT CONFERENCE        3