HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant DIONEX
CORPORATION LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID, | CASE NO. CV 07-02839 CRB |
| Plaintiff, | Action Filed: May 31, 2007<br>Assigned to Hon. Charles R. Breyer |
| v. | **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| DIONEX CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendant. | **[Filed Concurrently with Memorandum of Points and Authorities; Notice of Manual Filing Administrative Record in Support of Defendant's Motion for Summary Judgment and [Proposed] Order Granting Motion for Summary Judgment]** |
| | Date:  **February 29, 2008**<br>Time:  **10:00 a.m.**<br>Ctrm:  **8** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 29, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 8 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, CA 94102, defendant DIONEX CORPORATION LONG TERM DISABILITY PLAN ("defendant") will move this

1 Court for an order entering summary judgment in its favor and against plaintiff, Arminda Y. Madrid, pursuant to Federal Rules of Civil Procedure, Rule 56.

This Motion is made on the ground that there is no triable issue of material fact, and that defendant is entitled to judgment in this case as a matter of law. Specifically, plaintiff is not entitled to benefits beyond the 24 months of benefits already paid for the independent reasons that the Mental or Nervous Disorder Limitation and the Self-Reported Condition Limitation each limit benefits to 24 months.

Defendant's Motion is based on this Notice, the concurrently filed Memorandum of Points and Authorities in support thereof, Notice of Filing Administrative Record, and upon such other evidence as may be presented at or before the time of hearing of this Motion.

DATED: January 17, 2008         HARRINGTON, FOXX, DUBROW & CANTER, LLP

                                By: s/Kevin P. McNamara
                                    KEVIN P. McNAMARA
                                    Attorneys for Defendant DIONEX CORPORATION LONG TERM DISABILITY PLAN
                                    E-mail: kmcnamara@hfdclaw.com