HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant DIONEX
CORPORATION LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIONEX CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | CASE NO. CV 07-02839 CRB<br><br>Action Filed:  May 31, 2007<br>Assigned to Hon. Charles R. Breyer<br><br>**EXHIBIT A: ADMINISTRATIVE RECORD BATES LABELED AR 1 TO AR 697.**<br><br>**[Filed concurrently with Memorandum of Points and Authorities in Support of Dionex Corporation Long Term Disability Plan's Motion for Summary Judgment and [Proposed] Order Granting Motion for Summary Judgment]**<br><br>Date:　February 29, 2008<br>Time:　10:00 a.m.<br>Ctrm:　8 |

## MANUAL FILING NOTIFICATION

Regarding:   EXHIBIT "A" to the Memorandum of Points and Authorities in Support of Dionex Corporation Long Terms Disability Plan's Motion for Summary Judgment.

　　　　This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

1 | If you are a participant in this case, this filing will be served in hard-copy
2 | shortly.
3 |
4 | For information on retrieving this filing directly from the court, please see the
5 | court's main web site at http://www.cand.uscourts.gov under Frequently Asked
6 | Questions (FAQ).
7 |
8 | This filing was not efiled for the following reason(s):
9 |
10 | [**X**] Voluminous Document (PDF file size larger than the efiling system
11 | allows)
12 | [_] Unable to Scan Documents
13 | [_] Physical Object (description): _____
14 | [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other
15 | media
16 | [_] Item Under Seal
17 | [_] Conformance with the Judicial Conference Privacy Policy (General Order
18 | 53).
19 | [_] Other (description): _____
20 |
21 |
22 | DATED: January 17, 2008      HARRINGTON, FOXX, DUBROW &
                                   CANTER, LLP
23 |
24 |                              By:  s/Kevin P. McNamara
                                       KEVIN P. McNAMARA
25 |                                    Attorneys for Defendant DIONEX
                                       CORPORATION LONG TERM
26 |                                    DISABILITY PLAN
27 |
28 |

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

# PROOF OF SERVICE

## (Re: <u>Madrid v. Dionex</u>)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

      On **January 18, 2008**, I served the foregoing document described as **EXHIBIT A: ADMINISTRATIVE RECORD BATES LABELED AR 1 TO AR 697** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Richard Johnston, Esq.
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401
Ph:   (707) 577-7422
Fax:  (707) 837-9532

[X]  **BY MAIL**- I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **VIA FACSIMILE-** I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

[X]  **VIA ELECTRONIC MAIL** - said document is delivered to all interested parties by electronic mail through the CM/ECF process.

[ ]  **BY OVERNIGHT DELIVERY-** I deposited a copy of above document(s) in a box or other facility regularly maintained by **FEDERAL EXPRESS,** an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents(s) in an envelope or package designated by the said express carrier, with delivery fees paid or provided for, to be delivered to the office(s) of the addressee(s) shown above.

Executed on **January 18, 2008**, at Los Angeles, California.

☐  (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                           s/Lynn Katata
                                           LYNN KATATA

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222