HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant DIONEX
CORPORATION LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID, | CASE NO. CV 07-02839 CRB |
| Plaintiff, | Action Filed: May 31, 2007<br>Assigned to Hon. Charles R. Breyer |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| DIONEX CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendant. | **[Filed Concurrently with Memorandum of Points and Authorities in Support of Dionex Corporation Long Term Disability Plan's Motion for Summary Judgment and Notice of Manual Filing Administrative Record in Support of Defendant's Motion for Summary Judgment]** |

**Date:      February 29, 2008**
**Time:      10:00 a.m.**
**Ctrm:      8**

AND NOW, this _____ day of _____, 2008, upon consideration of Dionex Corporation Long Term Disability Plan's Motion for Summary Judgment and any and all responses thereto, it is hereby ORDERED that Dionex Corporation Long Term Disability Plan's Motion for Summary Judgment is GRANTED, the decision of

/ / /

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

1   the plan denying the claim for benefits is upheld and judgment is entered in favor of

2   defendant.

3                                    BY THE COURT

4

5   _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT