Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Arminda Y. Madrid

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMINDA Y. MADRID,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DIONEX CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant.<br>_____ | Case No. CV 07-02839 CRB<br><br>**NOTICE OF MOTION AND MADRID'S MOTION FOR SUMMARY JUDGMENT UNDER RULE 56 OR, IN THE ALTERNATIVE, FOR JUDGMENT UNDER RULE 52**<br><br>**Date:**　　February 29, 2008<br>**Time:**　　10:00 a.m.<br>**Courtroom:** 8, 19th Floor |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

　　　　NOTICE IS HEREBY GIVEN that On February 29, 2008, at 10:00 a.m. or as soon thereafter as counsel may be heard in Courtroom 8 of this court, plaintiff Arminda Madrid will, and does hereby, move the court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, or, in the alternative, judgment pursuant to Rule 52 of the Federal Rules of Civil Procedure.

　　　　This motion is made on the grounds that there exists no disputed issue of material fact in this matter, and that Ms. Madrid is entitled to judgment as a matter of law.

　　　　This motion is based on this Notice; the Memorandum of Points of and Authorities,

_____
NOTICE OF MOTION AND MADRID'S MOTION
FOR JUDGMENT UNDER RULE 56 OR RULE 52

Declaration of Richard Johnston, and exhibits thereto, all of which are served and filed herewith; and on such other and further matter as may subsequently be submitted.

Dated: January 18, 2008

                                            /s/
                                            Richard Johnston
                                            Attorney for Plaintiff
                                            Arminda Y. Madrid

---
NOTICE OF MOTION AND MADRID'S MOTION
FOR JUDGMENT UNDER RULE 56 OR RULE 52       2