Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Arminda Y. Madrid

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIONEX CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | Case No. CV 07-02839 CRB<br><br>**DECLARATION OF RICHARD JOHNSTON SUBMITTED BY MADRID IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER RULE 56 OR, IN THE ALTERNATIVE, FOR JUDGMENT UNDER RULE 52**<br><br>**Date:**　February 29, 2008<br>**Time:**　10:00 a.m.<br>**Courtroom:** 8, 19th Floor |

I, Richard Johnston, declare as follows:

　　1.  I am the attorney for plaintiff Arminda Madrid in this matter. I have direct, personal and firsthand knowledge of the following facts, and know them to be true. if called upon to do so, I could and would competently testify thereto.

　　2.  Attached hereto as Exhibit A is a true and correct copy of Dionex Corporation Long Term Disability Plan's Responses to Plaintiff's Inspection Demand (Set One) in this matter.

　　3.  Attached hereto as Exhibit B is a true and correct copy of a document entitled

---

JOHNSTON DECLARATION IN SUPPORT OF
PLAINTIFF'S MOTION FOR JUDGMENT
UNDER RULE 56 OR RULE 52

"Independent Contractor Agreement" which was produced to my office by defendant in discovery in this matter.

4. Attached hereto as Exhibit C are true and correct copies of a series of Internal Revenue Service 1099 forms which were produced to my office by defendant in discovery in this matter.

5. Attached hereto as Exhibit D is a true and correct copy of a document entitled "William S. Hauptman, M.D." which was produced too my office by defendant in discovery in this matter.

6. Attached hereto as Exhibit E is a true and correct of a document I obtained from the internet by entering the name "Kevin P. Hayes" into the Google search engine site.  The URL for this document is http://pittmed.health.pitt.edu/Jan_2003/alumniNews103.pdf, and I last visited the site on January 18, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of a document entitled "Reliance Standard Life Insurance Company," which I obtained from the Pacer service for the Southern District of New York, in a matter styled *Shore v. PaineWebber Long Term Disability Plan*, action no. 04-CV-4152.  After attempting to locate the PaineWebber Long Term Disability Plan document in the *Gatti v. Reliance Standard* matter which is referenced in Ms. Madrid's points and authorities on the District of Arizona Pacer service and failing to do so, I conducted a Westlaw search for other cases in which Reliance Standard and the PaineWebber plan were involved so as to locate a copy of the PaineWebber plan which is the subject of the *Gatti* matter.  By comparing the dates on this document with the operative dates in the *Gatti* matter I was able to confirm that Exhibit F is the PaineWebber disability plan

_____
JOHNSTON DECLARATION IN SUPPORT OF
PLAINTIFF'S MOTION FOR JUDGMENT
UNDER RULE 56 OR RULE 52                          2

1  involved in the *Gatti* matter as well.

3  I declare under penalty of perjury under the laws of the United states that the foregoing
4  is true and correct.

6  Executed January 18, 2008, at Santa Rosa, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　Richard Johnston

_____
JOHNSTON DECLARATION IN SUPPORT OF
PLAINTIFF'S MOTION FOR JUDGMENT
UNDER RULE 56 OR RULE 52                    3