

**RELIANCE STANDARD**
Life Insurance Company

2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
(267) 256-3500
(800) 351-7500

# INDEPENDENT CONTRACTOR AGREEMENT

This Independent Contractor Agreement ("Agreement") is made and entered into by and between Reliance Standard Life Insurance, 2001 Market Street, Suite 1500, Philadelphia, Pennsylvania and its affiliates ("RSL") and William S. Hauptman, M.D. ("Contractor") on this 15 day of February, 2002.

WHEREAS, RSL wishes to engage the Contractor as an independent contractor. The primary duties of the Contractor will be provision of services as a Medical Director to RSL. Additionally, the Contractor may need to testify in matters concerning RSL and such testimony may be required by way of deposition, at trial or by written affidavit. The Contractor may be requested to attend trials, mediations or arbitration throughout the United States.

WHEREAS the Contractor agrees to participate in performance of medical consultation and legal proceedings under the terms and conditions set forth in this Agreement.

NOW, THEREFORE, in consideration of the mutual promises set forth herein, it is hereby and acknowledges and agreed by and between RSL and the Contractor.

1. **Engagement.** Contractor will consult with the Technical Services staff, providing medical information and opinions. RSL employees will have access to Contractor to request support in medical research and presentations. Other tasks as may be requested from time to time by RSL. The Contractor will at all times report to Thomas Hardy or Peter Sailor, or any other individual designated by RSL.
2. **Term and Termination.** This Agreement shall commence on February 15, 2002. Either party may cancel this Agreement on thirty (30) days written notice: otherwise this agreement shall remain in force until August 15, 2002. This agreement may then be extended for an additional twelve (12) month period of time upon mutual agreement by the parties. Contractor shall be entitled to the compensation accrued but unpaid as of the effective date of termination of this agreement.

a **DELPHI** company

753



**RELIANCE STANDARD**
Life Insurance Company

2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090
(267) 256-3500
(800) 351-7500

3. **Compensation.** RSL agrees to pay Contractor $350.00 per hour for record review, research, and communication and commentary related thereto, $350.00 per hour for preparation for depositions, $400.00 per hour for depositions testimony, $350.00 per hour for trial preparation, and $400.00 per hour for trial testimony. Payment for deposition or trial preparation will be made irrespective of whether the deposition or trial is completed. RSL agrees to reimburse Contractor for all reasonable travel expenses to and from any site at which the Contractors attendance is required. To receive payment, Contractor must submit to RSL an itemized statement at the end of each travel occurrence using the RSL Travel Reimbursement form, and an itemized statement showing the hours spent.

4. **Relationship of Parties.** The parties intend that an independent Contractor-Employer relationship be created by this agreement. Contractor is not to be considered and shall not hold himself out as an agent or employee of RSL for any purpose and is not entitled to any employment benefits that RSL provides for its employees. It is understood that RSL does not agree to use the Contractor exclusively.

5. **Confidential Information/Non-Disclosure.** Contractor agrees that any and all information that he may obtain or discern, either directly or indirectly while participating in legal proceedings, medical research, presentations or providing medical information and opinions under this Agreement is the proprietary and confidential information of RSL and such information shall not be disclosed to any person or entity or used for any purpose other than as set forth herein without the prior written consent of RSL. Contractor agrees that his duty of non-disclosure will survive this agreement.

6. **Ownership of Property.** All right, title, copyright, trademark, and interest of any kind or nature whether known or unknown in any work product or services arising out of the Contractors performance pursuant to this agreement shall be and remain the sole and exclusive property of RSL.

7. **Entire /Amendment.** This represents the entire Agreement between the parties and supersedes all other oral or written contracts between the parties. This agreement may not be altered or amended unless done in writing and signed by both parties.

8. **Governing Law.** This agreement shall be governed by the laws of the Commonwealth of Pennsylvania.

By. _Debra G. Staples_
2/24/02
Date

_William S. Hauptman, M.D._
1-15-02
Date

a *DELPHI* company

754