RELIANCE STANDARD LIFE INSURANCE COMPANY
TAX DEPT
2001 MARKET STREET SUITE 1500
PHILADELPHIA, PA 19103-7090
1-800-351-7500


WILLIAM HAUPTMAN M.D.
56 OAK RIDGE DRIVE
VOORHEES, NJ 08043


☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. RELIANCE STANDARD LIFE INSURANCE COMPANY TAX DEPT. 2001 MARKET STREET SUITE 1500 PHILADELPHIA, PA 19103-7090 1-800-351-7500 | 1 Rents | OMB No. 1545-0115 **2001** Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties | | |
| PAYER'S federal identification number 36-0883760 | RECIPIENT'S identification number 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 | 3 Other income | 4 Federal income tax withheld | Copy B For Recipient This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, street address, city, state, and ZIP code WILLIAM HAUPTMAN M.D. 56 OAK RIDGE DRIVE VOORHEES, NJ 08043 | | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| | | 7 Nonemployee compensation $30,507.67 | 8 Substitute payments in lieu of dividends or interest | |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | | 11 | 12 | |
| Account number (see instructions) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. NJ/ | 18 State income |

Form 1099-MISC          (keep for your records)          Department of the Treasury - Internal Revenue Service

## 1099-Misc Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained for box 7 below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, payments made by employers to former employees who are serving in the Armed Forces or the National Guard, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, call the IRS for information on how to report any social security and Medicare taxes or see Form 8919, Uncollected Social Security and Medicare Taxes on Wages.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.    Page 1 of 1

745

RELIANCE STANDARD LIFE INSURANCE COMPANY
CLAIMS
2001 MARKET STREET SUITE 1500
PHILADELPHIA, PA 19103-7090
1-800-351-7500

WILLIAM HAUPTMAN M.D.
56 OAK RIDGE DRIVE
VOORHEES, NJ 08043

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | | |
|---|---|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY CLAIMS 2001 MARKET STREET SUITE 1500 PHILADELPHIA, PA 19103-7090 1-800-351-7500 | 2 Royalties | **2001** Form 1099-MISC | **Miscellaneous Income** | |
| PAYER'S federal identification number 36-0883760 | RECIPIENT'S identification number 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 | 3 Other income | 4 Federal income tax withheld | Copy B For Recipient This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, street address, city, state, and ZIP code WILLIAM HAUPTMAN M.D. 56 OAK RIDGE DRIVE VOORHEES, NJ 08043 | | 5 Fishing boat proceeds | 6 Medical and health care payments $103,919.84 | |
| | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | | 11 | 12 | |
| Account number (see instructions) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. NJ/ | 18 State income |

Form 1099-MISC    (keep for your records)    Department of the Treasury - Internal Revenue Service

## 1099-Misc Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.
**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained for box 7 below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.
**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.
**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, payments made by employers to former employees who are serving in the Armed Forces or the National Guard, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).
**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.
**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 334.
**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).
**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, call the IRS for information on how to report any social security and Medicare taxes or see Form 8919, Uncollected Social Security and Medicare Taxes on Wages.
**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.
**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).
**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).
**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.
**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.
**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.
**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.
**Boxes 16-18.** Shows state or local income tax withheld from the payments.    Page 1 of 1

746

FIRST RELIANCE STANDARD LIFE
INSURANCE CO. - CLAIMS
SEVEN SKYLINE DRIVE SUITE 275
HAWTHORNE, NY 10532
1-800-882-8700

WILLIAM HAUPTMAN M.D.
56 OAK RIDGE DRIVE
VOORHEES, NJ 08043

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| FIRST RELIANCE STANDARD LIFE INSURANCE CO. - CLAIMS SEVEN SKYLINE DRIVE SUITE 275 HAWTHORNE, NY 10532 1-800-882-8700 | 2 Royalties | **2001** Form 1099-MISC | |
| PAYER'S federal identification number: 13-3176850 | RECIPIENT'S identification number: 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 | 3 Other income | 4 Federal income tax withheld | Copy B For Recipient This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, street address, city, state, and ZIP code: WILLIAM HAUPTMAN M.D. 56 OAK RIDGE DRIVE VOORHEES, NJ 08043 | | 5 Fishing boat proceeds | 6 Medical and health care payments $7,262.50 | |
| | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | | 11 | 12 | |
| Account number (see instructions) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. NJ/ | 18 State income |

Form 1099-MISC       (keep for your records)       Department of the Treasury - Internal Revenue Service

## 1099-Misc Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained for box 7 below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, payments made by employers to former employees who are serving in the Armed Forces or the National Guard, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, call the IRS for information on how to report any social security and Medicare taxes or see Form 8919, Uncollected Social Security and Medicare Taxes on Wages.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instructions.

**Boxes 16-18.** Shows state or local income tax withheld from the payments.    Page 1 of 1

747

RELIANCE STANDARD LIFE INSURANCE COMPANY
TAX DEPT.
2001 MARKET STREET SUITE 1500
PHILADELPHIA, PA 19103-7090
1-800-351-7500

WILLIAM HAUPTMAN, M.D.
56 OAK RIDGE DRIVE
VOORHEES, NJ 08043

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. RELIANCE STANDARD LIFE INSURANCE COMPANY TAX DEPT. 2001 MARKET STREET SUITE 1500 PHILADELPHIA, PA 19103-7090 1-800-351-7500 | 1 Rents | OMB No. 1545-0115 **2002** Form 1099-MISC | **Miscellaneous Income** |
| --- | --- | --- | --- |
| | 2 Royalties | | |
| PAYER'S Federal identification number 36-0883760 | RECIPIENT'S identification number 115549879 | 3 Other Income | 4 Federal income tax withheld | Copy B For Recipient This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, street address, city, state, and ZIP code WILLIAM HAUPTMAN, M.D. 56 OAK RIDGE DRIVE VOORHEES, NJ 08043 | | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| | | 7 Nonemployee compensation $144,764.95 | 8 Substitute payments in lieu of dividends or interest | |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | | 11 | 12 | |
| Account number (optional) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15 0 | | 16 State tax withheld | 17 State/Payer's state no. NJ/ | 18 State income |

Form 1099-MISC       (keep for your records)       Department of the Treasury - Internal Revenue Service

## 1099-Misc Instructions to Recipients

Amounts shown may be subject to self-employment (SE) tax.
If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals.
Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.
**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.
**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).
**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. **Report this amount on your income tax return as tax withheld.**
**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).
**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.
**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.
**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).
**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).
**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for the "Total Tax" line.
**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.
**Box 15.** Other information may be provided to you in box 15.
**Box 16-18.** Shows state or local income tax withheld from the payments.

Page 1 of 1

748

RELIANCE STANDARD LIFE INSURANCE COMPANY
CLAIMS
2001 MARKET STREET SUITE 1500
PHILADELPHIA, PA 19103-7090
1-800-351-7500

WILLIAM HAUPTMAN, M.D.
56 OAK RIDGE DRIVE
VOORHEES, NJ 08043

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. RELIANCE STANDARD LIFE INSURANCE COMPANY CLAIMS 2001 MARKET STREET SUITE 1500 PHILADELPHIA, PA 19103-7090 1-800-351-7500 | 1 Rents | OMB No. 1545-0115 **2002** Form 1099-MISC | **Miscellaneous Income** |
| --- | --- | --- | --- |
| | 2 Royalties | | |
| PAYER'S Federal identification number 36-0883760 | RECIPIENT'S identification number 115549879 | 3 Other income | 4 Federal income tax withheld | Copy B For Recipient This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, street address, city, state, and ZIP code WILLIAM HAUPTMAN, M.D. 56 OAK RIDGE DRIVE VOORHEES, NJ 08043 | | 5 Fishing boat proceeds | 6 Medical and health care payments $5,512.50 | |
| | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | | 11 | 12 | |
| Account number (optional) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15 0 | | 16 State tax withheld | 17 State/Payer's state no. NJ/ | 18 State income |

Form 1099-MISC            (keep for your records)            Department of the Treasury - Internal Revenue Service

## 1099-Misc Instructions to Recipients

Amounts shown may be subject to self-employment (SE) tax.
If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals.
Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.
Boxes 1 and 2. Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.
Box 3. Generally, report this amount on the "Other Income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).
Box 4. Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.
Box 5. An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

Box 6. Report on Schedule C or C-EZ (Form 1040).
Box 7. Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.
Box 8. Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other Income" line of Form 1040.
Box 9. If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).
Box 10. Report this amount on line 8 of Schedule F (Form 1040).
Box 13. Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for the "Total Tax" line.
Box 14. Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.
Box 15. Other information may be provided to you in box 15.
Box 16-18. Shows state or local income tax withheld from the payments.

749

Page 1 of 1

FIRST RELIANCE STANDARD LIFE
INSURANCE CO. - CLAIMS
SEVEN SKYLINE DRIVE SUITE 275
HAWTHORNE, NY 10532
1-800-882-8700

WILLIAM HAUPTMAN, M.D.
56 OAK RIDGE DRIVE
56 OAK RIDGE DRIVE
VOORHEES, NJ 08043

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | | |
|---|---|---|---|---|
| FIRST RELIANCE STANDARD LIFE INSURANCE CO. - CLAIMS SEVEN SKYLINE DRIVE SUITE 275 HAWTHORNE, NY 10532 1-800-882-8700 | 2 Royalties | 2003 Form 1099-MISC | Miscellaneous Income | |
| PAYER'S Federal identification number 13-3176850 | RECIPIENT'S identification number 115549879 | 3 Other Income | 4 Federal income tax withheld | Copy B For Recipient This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, street address, city, state, and ZIP code WILLIAM HAUPTMAN, M.D. 56 OAK RIDGE DRIVE 56 OAK RIDGE DRIVE VOORHEES, NJ 08043 | | 5 Fishing boat proceeds | 6 Medical and health care payments $525.00 | |
| | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | | 11 | 12 | |
| Account number (optional) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15 | | 16 State tax withheld | 17 State/Payer's state no. NJ/ | 18 State income |

Form 1099-MISC          (keep for your records)          Department of the Treasury - Internal Revenue Service

## 1099-Misc Instructions to Recipients

Amounts shown may be subject to self-employment (SE) tax.
If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals.
  Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.
Boxes 1 and 2. Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.
Box 3. Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).
Box 4. Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.
Box 5. An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

Box 6. Report on Schedule C or C-EZ (Form 1040).
Box 7. Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.
Box 8. Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other Income" line of Form 1040.
Box 9. If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).
Box 10. Report this amount on line 8 of Schedule F (Form 1040).
Box 13. Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for the "Total Tax" line.
Box 14. Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.
Box 15. Other information may be provided to you in box 15.
Box 16-18. Shows state or local income tax withheld from the payments.

750

Page 1 of 1

RELIANCE STANDARD LIFE INSURANCE COMPANY
CLAIMS
2001 MARKET STREET SUITE 1500
PHILADELPHIA, PA 19103-7090
1-800-351-7500

WILLIAM HAUPTMAN, M.D.
56 OAK RIDGE DRIVE
56 OAK RIDGE DRIVE
VOORHEES, NJ 08043

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>RELIANCE STANDARD LIFE INSURANCE COMPANY<br>CLAIMS<br>2001 MARKET STREET SUITE 1500<br>PHILADELPHIA, PA 19103-7090<br>1-800-351-7500 | 1 Rents | OMB No. 1545-0115<br>**2003**<br>Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties | | |
| PAYER'S Federal identification number: 36-0883760 / RECIPIENT'S identification number: 115549879 | 3 Other Income | 4 Federal income tax withheld | Copy B For Recipient |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>WILLIAM HAUPTMAN, M.D.<br>56 OAK RIDGE DRIVE<br>56 OAK RIDGE DRIVE<br>VOORHEES, NJ 08043 | 5 Fishing boat proceeds | 6 Medical and health care payments<br>$10,900.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | 11 | 12 | |
| Account number (optional) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15 | 16 State tax withheld | 17 State/Payer's state no. NJ/ | 18 State income |

Form 1099-MISC                (keep for your records)              Department of the Treasury - Internal Revenue Service

### 1099-Misc Instructions to Recipients

Amounts shown may be subject to self-employment (SE) tax.
If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals.
Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.
**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.
**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).
**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.
**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).
**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.
**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.
**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).
**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).
**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for the "Total Tax" line.
**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.
**Box 15.** Other information may be provided to you in box 15.
**Box 16-18.** Shows state or local income tax withheld from the payments.

Page 1 of 1

751

RELIANCE STANDARD LIFE INSURANCE COMPANY
TAX DEPT.
2001 MARKET STREET SUITE 1500
PHILADELPHIA, PA 19103-7090
1-800-351-7500

WILLIAM HAUPTMAN, M.D.
56 OAK RIDGE DRIVE
56 OAK RIDGE DRIVE
VOORHEES, NJ 08043

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY TAX DEPT. 2001 MARKET STREET SUITE 1500 PHILADELPHIA, PA 19103-7090 1-800-351-7500 | 2 Royalties | **2003** Form 1099-MISC | **Miscellaneous Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Other Income | 4 Federal income tax withheld | Copy B For Recipient |
|---|---|---|---|---|
| 36-0883760 | 115549879 | | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, street address, city, state, and ZIP code | | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| WILLIAM HAUPTMAN, M.D. 56 OAK RIDGE DRIVE 56 OAK RIDGE DRIVE VOORHEES, NJ 08043 | | 7 Nonemployee compensation $153,037.50 | 8 Substitute payments in lieu of dividends or interest | |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| | | 11 | 12 | |
| Account number (optional) | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15 | | 16 State tax withheld | 17 State/Payer's state no. NJ/ | 18 State income |

Form 1099-MISC            (keep for your records)            Department of the Treasury - Internal Revenue Service

### 1099-Misc Instructions to Recipients

**Amounts shown may be subject to self-employment (SE) tax.**
If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 533, Self-Employment Tax, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals.
Individuals must report as explained below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.
**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.
**Box 3.** Generally, report this amount on the "Other Income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).
**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.
**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 595, Tax Highlights for Commercial Fishermen.

**Box 6.** Report on Schedule C or C-EZ (Form 1040).
**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes.
**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other Income" line of Form 1040.
**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).
**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).
**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for the "Total Tax" line.
**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.
**Box 15.** Other information may be provided to you in box 15.
**Box 16-18.** Shows state or local income tax withheld from the payments.