WILLIAM S. HAUPTMAN, M.D.

| | | |
|---|---|---|
| **EDUCATION:** | **UNIVERSITY OF PENNSYLVANIA**<br>Doctor of Medicine<br>• Graduated in top 10% of class<br>• Served on Admissions Panel<br>. Research project on effects of lead poisoning in pediatric patients | Philadelphia<br>May, 1988 |
| | **PRINCETON UNIVERSITY**<br>Bachelor of Arts, Slavic Languages<br>• *Magna Cum Laude*<br>• Semester abroad at Leningrad State University | Princeton, N.J.<br>June, 1984 |
| **ADDITIONAL EXPERIENCE:** | **CLINICAL INVESTIGATOR IN DRUG TRIALS**<br>• Chronic Maintenance of Duodenal Ulcers with Prilosec (Phase III)<br>• Treatment of Chronic Hepatitis C with Alpha-Interferon (Phase III)<br>. Treatment of Chronic Hepatitis B with Interferon-Beta: A Dose Ranging Study (Phase I/II) | |
| | **MOSCOW HOSPITAL #70**<br>Visiting Physician<br>• Delivered lectures at hospital and Department of Health<br>• Participated in health care delivery | Moscow<br>April - May 1991,<br>April 1992 |
| | **PHYSICIANS FOR SOCIAL RESPONSIBILITY**<br>• Organized distribution of medical aid to Moscow area hospitals<br>• Organized future medical exchanges | April 1992 |
| **AWARDS & HONORS:** | Alpha *Omega Alpha* Medical Honor Society<br>*Phi Beta Kappa*<br>Nicholas Bachko Award for top student in Slavic Languages | |
| **PROFESSIONAL SOCIETY MEMBERSHIPS:** | American Medical Association<br>American College of Physicians<br>American College of Gastroenterology | |
| **BIBLIOGRAPHY:** | Hauptman, William, Hitscherich, and Miskovitz, "Update on Acute and Chronic Viral Hepatitis", *Hospital Medicine*, April 1993 | |
| **PERSONAL DATA:** | Conversational and reading fluency in Russian and French<br>Born March 10, 1962 in New York | |

WILLIAM S. HAUPTMAN, M.D.

| | | |
|---|---|---|
| **CERTIFICATION:** | American Board of Quality Assurance and Utilization Review | April 1996 |
| | American Association of Medical Review Officers | December 1994 |
| | American Board of Internal Medicine | |
| | • Gastroenterology | November 1993 |
| | • Internal Medicine | September 1991 |
| | National Board of Medical Examiners | March 1989 |
| **LICENSURE:** | Licensed to practice medicine in Pennsylvania, New York, and New Jersey | |
| **WORK EXPERIENCE:** | **PENN DIAGNOSTIC CENTER** | Philadelphia |
| | • Director of Clinical Services | June 1994 - Present |
| | • Provide patient care in internal medicine and gastroenterology | |
| | • Conduct independent medical examinations to resolve worker's compensation and disability claims | |
| | **BURLINGTON COUNTY INTERNAL** | Willingboro, N.J. |
| | **MEDICINE ASSOCIATES** | July 1993 - |
| | • Gastroenterologist in private multi-specialty practice | May 1994 |
| **POST GRADUATE TRAINING:** | **NEW YORK HOSPITAL-CORNELL MEDICAL CENTER** | New York |
| | **Research Fellow and Clinical Instructor, Department of Digestive Diseases** | July 1991 - June 1993 |
| | • Member of General Faculty Committee | |
| | • Served on Intern Selection Committee | |
| | **Assistant Chief Medical Resident** | January - |
| | • Responsible for all medical admissions to the hospital | April 1991 |
| | • Organized educational conferences for medical housestaff | |
| | **Medical Houseofficer** | July 1988 - |
| | **(Intern, Resident)** | June 1991 |

744