ALUMNI NEWS



# CLASS NOTES

## '60s

**David Mendelson** (MD '64) is enjoying his partial retirement from the family planning clinic he founded in 1973—one of the first established after *Roe v. Wade*. Someone once threw a Molotov cocktail into his California office, which provides a full range of gynecological services. Luckily, it didn't go off. He still works at the Santa Clara County office a few times a week, but he has been busy collecting abstract expressionist art and volunteering at the Golden Gate Raptor Observatory. Mendelson says a bout with Guillain-Barré syndrome—which caused him to be paralyzed from the neck down for almost a year—helped him better understand what it is like to be a patient.

**Gerald Merenstein** (MD '66) is the senior associate dean, education in the University of Colorado's medical school and directs the child health associate/physician assistant program. He's excited because the medical school is moving to the former Fitzsimons Army Medical Center. With the move, the school will have room to grow. Although he's busy helping figure out how to best make use of 100,000 square feet of educational space for a new curriculum, he recently coedited the fifth edition of *Handbook of Neonatal Intensive Care* and teaches in the nursery and in problem-based learning sessions. Merenstein says the studiousness of his older brother, Joel Merenstein (MD '60), inspired him to do well in med school, to teach, and to participate in clinical research.

**Richard Colletti** (MD '68) visited the pyramids in Egypt, the Roman Colosseum, and the Great Wall of China in the past year. While still an active pediatrics professor at the University of Vermont College of Medicine, he's lecturing worldwide while serving a two-year, peer-elected position as president of the North American Society for Pediatric Gastroenterology, Hepatology, and Nutrition. He continues to write clinical pediatric guidelines for the *Journal of Pediatric Gastroenterology and Nutrition*. Two new articles will be published later this year.

## '70s

### RESIDENTS AND FELLOWS

**Marshall Webster** (General and Thoracic Surgery Resident '69–'70) recently became president and CEO of University of Pittsburgh Physicians. He recalls the excitement of working with Hank Bahnson in the operating room. Training under such a meticulous surgeon in his prime helped Webster improve his own surgical skills. Though he won't be a practicing clinician in this new position, Webster, who has been at the University for almost 30 years, looks forward to the challenges of helping all 21 departments of the medical school reach a consensus on how best to provide clinical care.

**Arthur McTighe** (Pathology Intern '69–'71, MD '69) is vice president for medical affairs at Evangelical Community Hospital in Lewisburg, Pennsylvania, where he serves as the liaison between doctors and administrators. He also works on reducing medical errors. McTighe recently studied a problem that plagues many hospitals—namely, miscommunication leading to patients' receiving the wrong medication. His research and many other studies show that when doctors enter orders directly into a computer, rather than giving oral or handwritten orders, fewer mistakes are made.

**Bruce Coull** (Internal Medicine Intern '72–'73, MD '72), is head of the neurology department in the University of Arizona College of Medicine, a position he has held for the past seven years. Throughout his career, he has researched ways to prevent and treat strokes. Recently, Coull has been investigating how hypothermia can best prevent brain tissue damage after cardiac arrest. While researchers like Pitt's Peter Safar already know that lowering a person's body temperature prevents some damage, Coull is using pig models to find more effective ways to cool the body. He's trying to find the optimal use of hypothermic treatment after cardiac arrest.

## '80s

**Eric Klein** (MD '81) is busy randomizing thousands of subjects for a 15-year study. Klein, head of urologic oncology in the Urological Institute at the Cleveland Clinic, is the national study coordinator of the Selenium and Vitamin E Cancer Prevention Trial, which will follow 16,000 healthy men. A $179 million grant from the National Cancer Institute will allow Klein to investigate whether selenium and vitamin E can prevent prostate cancer. Microscopes have played a role in Klein's life both professionally and personally: While seated in anatomy labs at Pitt,

### NANCY AND WILLIAM LASCHEID
### GOOD NEIGHBORS



*Feted by the White House, Senate, and Supreme Court*

**O**ne morning, shortly after he retired from his private dermatology practice in Naples, Florida, William Lascheid (MD '50) and his wife, Nancy, were sitting in their living room, talking about a problem in the news—many of their neighbors couldn't afford health insurance. Collier County was growing, but the businesses moving in—hotels, restaurants, landscapers—offered low wages and no health insurance. The employees earned too much to receive government assistance, but not enough to pay for health care. The county's economic development center, chamber of commerce, and medical society were all concerned.

The Lascheids sat down with a tablet and went to work, drafting plans for a clinic for the working poor. Maybe their friends—including accountants, social workers, lawyers, and other physicians—would help, donating money or volunteering their time. That was 1998. Within three years, the Neighborhood Health Clinic Inc. of Collier County, which started out in a storefront, moved into a new $2.5 million facility. The 400 doctors and nurses who vol-



*Aesculapian*, 1995

Klein spied **Susan Kerins** (MD '81) sitting nearby. "It was an accident of the alphabet!" says Kerins—now Susan Kerins Klein—of her marriage. She's working part-time at the Rainbow Babies and Children's Hospital at Case Western Reserve University as a pediatric neurologist and full-time as the mother of 6-year-old Mira. Susan Kerins Klein is interested in the relationship between behavior and brain function, how neurology and psychology interact. She hopes to secure a grant for a family study of inhibition in Tourette's syndrome.

**John Werber** (MD '84) and his roommate **Ed Giovannucci** (MD '84) hung a poster of an owl at their Bouquet Street apartment to inspire them to study into the wee hours. Those all-nighters prepared Werber well; in 1996, he became head of dermatological inpatient and outpatient services at St. Clare's Hospital and Health Center in New York City. Having previously worked as the head of dermatology for New York's Spellman Center—one of the first clinics in the United States to care exclusively for AIDS patients—Werber still sees a number of HIV-positive patients at the clinic, in addition to running a busy private practice in Manhattan.

**Jill Baren** (MD '89) splits her time between the Hospital of the University of Pennsylvania and the Children's Hospital of Philadelphia treating emergency department patients. An assistant professor of emergency medicine and pediatrics at Penn, Baren researches why some people come to the emergency department for asthma treatment rather than going to a primary care physician. Baren hopes to reduce the number of patients who continually return to the emergency department because of their lack of access to follow-up care. She has studied the effect of giving patients free medication and transportation vouchers for visits to primary care physicians.

**John McConaghy** (MD '89) is the new residency director for the family medicine program at Ohio State University. He's already planning leadership opportunities for his residents—encouraging them to participate on committees as well as in research and clinical activities. Ohio State residents work in either rural, urban, or traditional family medicine residencies. McConaghy plans to strengthen the program by establishing an academic track to entice faculty and residents to conduct research in family medicine.

# '90s

**Robert Zimmerman** (MD '91) has been interested in scientific research since he tried

*Continued on next page*

unteer to staff the clinic tend to the most common health care needs, including minor surgeries, and see many patients with chronic conditions. Patients are charged one hour of their wages, an average of about $6.

The clinic's 7,000 patients know how valuable the Lascheids' work has been. Now, others have taken notice. In June, the Lascheids were honored with a national Jefferson Award for Public Service; they were feted at a DC award ceremony and also recognized at the White House, the US Senate, and the Supreme Court. The Robert Wood Johnson Foundation gave the Lascheids $100,000 for the clinic, and a benevolent businessman from Chicago donated $1.5 million. The benefactor told the Lascheids that when he and his wife started out, they, too, would have qualified for such a clinic. —*MH*



## THE WAY WE ARE: CLASS OF '67

In the 1960s, medical students at Pitt might have dreaded cutting sutures for J. R. Watson. He'd often bark, "too long," or "too short," making the student in question re-cut the sutures to the correct length.

John J. Lamberti Jr. (MD '67) was scrubbing in with Watson when he turned to the veteran surgeon and asked, "How would you like the sutures today? Too long or too short?" Enraged, Watson threw him out of the operating room.

Thirty-five years later, Lamberti, who attended his class reunion during Pitt's homecoming in October, laughs at the memory, and says he doesn't know what he would do now if one of his students acted like him. He directed the Children's Hospital and Health Center Cardiovascular Institute in San Diego for 10 years before moving to Cornell University's Weill College of Medicine, where he's an associate professor of cardiothoracic surgery. Though he has participated in many clinical trials and published numerous articles about cardiothoracic surgery in children, Lamberti says his participation in the separation of conjoined twins garnered the most widespread attention.

As one of only seven women to graduate from the school in 1967, Ethel Barnoon, another reunion attendee, also attracted her share of attention. After completing a Masters of Public Health degree at Pitt, and then working in San Francisco for a few years, she and her husband moved to Israel. Barnoon soon noticed there wasn't much health care designed specifically for women's needs there. She approached the National Sick Fund, a government health insurance plan serving about 80 percent of the population, and told them women's health centers were needed. It wasn't easy to convince the organization. Her persistence won out, however, and Barnoon soon had funding to establish a network of clinics. She treated a variety of patients, from Russian women who fought in the waiting room to Bedouin women whose entire families camped next to the hospital while they gave birth. The gynecologist is now back in the States.

The reunion was a trip down memory lane for western Pennsylvania native David Sharp (MD '67). As a teen, he helped his uncle, Fred Zaidan (MD '44), in his rural Westmoreland County office. Years later, Sharp was surprised to learn that his own son, Gregory Sharp, used to sneak into his office to play with the equipment. Gregory Sharp is now finishing his residency at the University of Missouri. David Sharp practices in tiny Houghton Lake, Michigan, where he chops his own wood to fuel the stove in the waiting room of his office. Working on the Class of '67 Scope and Scalpel production *Maim* sparked his love of local theater, says Sharp, who volunteers his time building sets and helping with the lighting during plays at the nearby high school.

Jon Brillman (MD '67), organizer of the reunion weekend, chairs the Department of Neurology at Allegheny General Hospital. He has served as director of the hospital's stroke program since 1988.   —*MH*



**Babs and David Sharp**



**Jon Brillman (left), Ethel Barnoon, Tom Hughes**

*Continued from p. 37*

growing a cloud out of water as a child. An assistant professor of pathology and laboratory medicine at the University of Pennsylvania, he is studying whether two-color immunostains might help cancer diagnoses. Conventional solid-brown stains used during liver biopsies cannot always identify whether a cancer started there or was a result of metastasis. Zimmerman is trying to develop new immunostaining methods to give physicians more detailed information about where a cancer started, so they'll know whether to investigate further or concentrate their efforts on treating the liver.

**Kevin P. Hayes** (MD '90) was recently promoted to vice president and medical director of psychiatry at UnumProvident Corporation, Los Angeles, after graduating from the University of California at Irvine with an MBA. His classmates nominated him Best Team Player, an award that makes him smile every time he thinks of it. Hayes enjoyed the emphasis on teamwork he experienced as a business student—a change from his forensic psychiatric practice, where he works alone. While he still testifies in a few civil cases, Hayes devotes most of his time to his corporate position, where he evaluates mental health claims. At the end of October, Hayes joined a delegation of US psychiatrists visiting China to lecture about Western psychiatric practices. He says the Chinese hosts peppered the US doctors with questions about psychoanalysis. Hayes was interested to learn that Chinese therapists prescribe drugs more frequently than Western doctors and that PhDs can administer drug treatments.

**S. Tonya Stefko** (MD '97) says that after being a chemist for five years, she was ready for a career as a pediatrician. Then she landed an eight-week fellowship with Pitt ophthalmologist Michael Gorin, who predicted she would abandon pediatrics for a career in ophthalmology. A year later, she did. After a residency and fellowship at the Wilmer Eye Institute at Johns Hopkins University, Stefko has returned to Pitt to work with Gorin. While she misses the weather in Maryland, she's busy as an assistant professor and editing an oculoplastics section of a friend's online ophthalmology resource, www.redatlas.org. Stefko says she's happy to be back working at Pitt, in part because she sees her husband every day. For the past four years, Stefko and her husband, the principal double bass player in the Pittsburgh Symphony, commuted between Baltimore and Pittsburgh.

# '00s
## RESIDENTS AND FELLOWS

**Guillermo Quetell** (Hand and Microsurgery Fellow '99–'00) is division chief of plastic surgery at State University of New York Upstate Medical University in Syracuse. There hasn't been a division of plastic surgery at that hospital for 20 years, and Quetell enjoys the challenge of creating one. He's busy hiring surgeons, treating patients, and establishing a clinical research program. Quetell is interested in testing agents to improve wound healing and in re-establishing a training program in plastic surgery at the hospital. It's hard work, but fulfilling, he says, to be able to create and nurture a program.  —*MH & MES*

## PAUL O. KEVERLINE
### FEBRUARY 6, 1943–OCTOBER 3, 2002


**Keverline**

For 25 years, he treated hundreds of patients at his clinics in Pennsylvania and New York. But many folks around Warren, Pennsylvania, knew Paul Orville Keverline (MD '69) best for his flights overhead in a self-propelled parachute.

"People would wave at us," says his wife and copilot, Linda Keverline, of their trips over downtown Warren or the county fair. "They'd stop right in the middle of the road and stare."

Keverline built the craft—a cross between a parasailing rig and small airplane—with his son Andrew Keverline (Res '03, MD '00), one of three who followed their father to Pitt and into medicine. Keverline's oldest son, Pitt College of Arts and Sciences grad Jeffrey Keverline, is now an orthopaedic surgeon in North Carolina; another son, Michael Keverline (MD '97), is an ophthalmologist in Virginia. A fourth son, Doug Keverline, went into business.

"He never pushed them into medicine," says Linda Keverline. "I think they saw how much satisfaction and pleasure it gave Paul—being in medicine—and they felt that it was something they wanted to do also."

The founder of Seneca Eye Surgeons, Paul Keverline died October 3 flying his twin-engine Piper Aerostar. The airplane went down for unknown reasons near the Allegheny National Forest as he returned, alone, from a hunting trip in New Mexico.  —*JT*

## NATHAN J. STARK
### NOVEMBER 9, 1920–NOVEMBER 11, 2002


**Stark**

German U-boats terrorized Allied shipping in the Atlantic Ocean, sinking more than 500 cargo vessels in 1942. Among those aboard SS *Potlatch* when it was torpedoed was cadet midshipman Nathan J. Stark, less than two years out of junior college. Adrift in a lifeboat, Stark and his comrades survived for 32 days, collecting rainwater and eating chocolate malted-milk balls until they navigated 900 miles to the Bahamas. The ordeal cost each man about 40 pounds.

Stark showed the same persistence the rest of his life. He was Pitt's vice chancellor for health sciences from 1974 to 1984. And though he helped create Medicare, and the University of Missouri's medical school in Kansas City, Stark was not a physician. He was trained as an attorney and came to Pitt from a senior vice presidency at Hallmark Cards. His appointment was controversial, but Stark earned the faculty's respect, says William M. Cooper, former chair of the Department of Medicine at UPMC Shadyside. "He knew what he wanted and what the institution needed," says Cooper, an associate dean of continuing medical education under Stark.

Stark took an 18-month leave of absence from Pitt to serve as undersecretary of Health and Human Services in the Carter administration. After retiring from Pitt, he joined a Washington law firm, specializing in health care policy.  —*JT*

## IN MEMORIAM

### '30s
**JOHN C. SHAVER SR. (MD '34)**
OCTOBER 17, 2002

**REGINALD A. HANCOCK (MD '35)**
OCTOBER 4, 2002

**BENJAMIN F. BRYER (MD '37)**
AUGUST 20, 2002

**JOHN E. KURTZ (MD '38)**
NOVEMBER 10, 2002

### '40s
**ROY C. MONSOUR (MD '43)**
SEPTEMBER 21, 2002

**JOHN M. SADLER (MD '44)**
SEPTEMBER 4, 2002

**ELSIE MAY LOGAN REID (MD '46)**
OCTOBER 2, 2002

### '50s
**SHERMAN W. POCHAPIN (MD '51)**
SEPTEMBER 17, 2002

**GEORGE K. DAVAULT (MD '52)**
JUNE 19, 2002

**HERBERT L. HANNA (MD '55)**
OCTOBER 3, 2002

**FRED S. KLEIN (MD '56)**
AUGUST 12, 2002

**CAROLE JEAN ASKEY SKELLY (MD '59)**
AUGUST 28, 2002

### '80s
**LARRY J. PAPINCAK (MD '81)**
OCTOBER 24, 2002

## PATRICIA FERRIERI: DRUMMING UP ANSWERS

BY JASON TOGYER



Ferrieri studies the more insidious form of strep.

TOM ALTANY

**S**trep infections are common among children. But Patricia Ferrieri, who grew up with her share of ear and throat infections, had an unusual curiosity about the microbes that made her sick. And for good reason: Her father's sister died of rheumatic heart disease at a young age after coming down with strep throat. The stories he told about the aunt Ferrieri never knew were "sort of the shadow of my childhood," she says. Before she graduated high school in North Braddock, Ferrieri had made up her mind: "I wanted to go into medicine."

These days, Ferrieri (MD '65) is a professor of laboratory medicine and pathology as well as pediatrics at the University of Minnesota medical school in Minneapolis. She directs the clinical microbiology lab at the university hospital.

The streptococci responsible for many childhood doctor visits are known as group A; Ferrieri is searching for the key to a more insidious variety—group B. Between 10 and 30 percent of the population carries group B strep (GBS) in their gastrointestinal tract, and most never get sick. It's part of our normal microbial flora. Yet for those with weakened immune systems, group B strep can cause life-threatening diseases, from meningitis to sepsis. For infants, the statistics are grim—if GBS in the vaginal tract is passed to a newborn during delivery, the child stands a good chance of becoming ill within hours of birth. One in every 20 babies with GBS disease dies from the infection, according to the Centers for Disease Control and Prevention.

Antibiotics given during labor lower the risk—this, however, "is not a perfect approach," Ferrieri says. Some strains of GBS are becoming resistant. Antibiotics also kill beneficial bacteria in the GI tract. Ferrieri will tell you the best bet is a GBS vaccine. Through genetic sequencing, her lab has identified new protein antigens of GBS; now, she and her colleagues are profiling these antigens and others in GBS.

Her work has been crucial to a team at Magee-Womens Research Institute studying an experimental GBS vaccine, says Sharon Hillier, MWRI senior investigator and a Pitt professor of obstetrics, gynecology, and reproductive sciences. Beginning this month, 600 women in a clinical trial at Magee will be vaccinated—300 with a conventional tetanus shot and 300 with an experimental GBS inoculation. All cultures collected will be sent to Ferrieri's lab to see which strains of GBS are emerging and which the vaccine is controlling.

"She has helped researchers around the world understand group B strep," Hillier says. "She's someone who's extremely meticulous and extremely committed."

Adnan Dajani, retired professor of pediatrics at Wayne State University School of Medicine in Detroit, remembers Ferrieri as an infectious diseases fellow at the University of Minnesota. In 1968, she spent three months with him on an Ojibwa reservation, studying the spread of group A strep among children. Though the days were grueling, the data they gathered led to the discovery of a new strain, and Ferrieri "was a major player in that," he says. Dajani was impressed even then by Ferrieri's persistence.

The Food and Drug Administration and the National Institutes of Health have tapped Ferrieri several times to evaluate vaccines. In her most recent appointment, she is serving on a blue-ribbon NIH panel evaluating new anthrax vaccines.

Ferrieri warns, no matter how much you love your work, you have to carve out time for yourself: "It's very easy to become resentful." Her latest pursuit is taiko—an intense and athletic Japanese drumming style. "I can't define for you why I like it," she says. "It touches your soul." ■

---

### MEDICAL ALUMNI ASSOCIATION OFFICERS

PAUL M. PARIS (MD '76)
President

FREDDIE H. FU (MD '77)
President-elect

STANLEY M. MARKS (MD '73)
Vice President

GRAHAM JOHNSTONE (MD '70)
Secretary

PETER FERSON (MD '73)
Treasurer

ROBERT E. LEE (MD '56)
Historian

JOHN F. DELANEY (MD '64)
RICHARD RAIZMAN (MD '71)
JOANN VIRGINIA NARDUZZI (MD '62)
CHARLES M. HEFFLIN (MD '74)
Members at Large

ROSS MUSGRAVE (MD '43)
Executive Director (Retired)

M-200K Scaife Hall
University of Pittsburgh
Pittsburgh, PA 15261
tel 412-648-9090; fax 412-648-9500
medalum@medschool.pitt.edu