HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant DIONEX
CORPORATION LONG TERM
DISABILITY PLAN

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID, | ) CASE NO. CV 07-02839 CRB |
|     Plaintiff, | ) Action Filed:  May 31, 2007 |
| | ) Assigned to Hon. Charles R. Breyer |
|     v. | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| DIONEX CORPORATION LONG | ) **ORDER CONTINUING HEARING** |
| TERM DISABILITY PLAN, | ) **ON CROSS-MOTIONS FOR** |
| | ) **SUMMARY JUDGMENT** |
|     Defendant. | ) |

The parties hereto, through their respective counsel of record, stipulate as follows:

1.     On or about October 9, 2007, counsel for both parties participated in a telephone conference with the court's ADR office in order to discuss alternative dispute resolution measures for this case.  Both parties indicated a preference for a settlement conference with a magistrate judge, and the ADR officer presiding, after considering the parties' respective positions, concurred.

2.     The parties filed a Stipulation and Proposed Order referring the case to a magistrate judge for settlement conference on November 14, 2007.  [docket no. 22]

3.     This court entered an order referring this matter to a magistrate judge for a settlement conference on November 15, 2007.  [docket no. 23]

4.  On November 26, 2007 the case was referred to Magistrate Judge Elizabeth D. Laporte for a settlement conference.

5.  Due to scheduling difficulties, the parties have not yet participated in a settlement conference, notwithstanding their desire to do so.

6.  Judge Laporte is available for a settlement conference with the parties on March 6, 2008. All involved counsel and parties are likewise available for a settlement conference that day.

7.  The parties' cross-motions for summary judgment are currently noticed and scheduled to be heard on February 29, 2008, per this court's civil minutes dated October 12, 2007. [docket no. 21]

8.  The parties believe proceeding with the hearing as scheduled will likely hinder the parties' efforts to resolve this case at the settlement conference. Further, proceeding with the currently scheduled hearing on the cross-motions for summary judgment will require the parties to incur additional time and expense, which could negatively impact the ability of the parties to settle.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

9.     The parties therefore jointly request that this Court continue the February 29, 2008 hearings on their cross-motions for summary judgment to the first available date after March 6, 2008.  The parties will submit no further briefing in connection with said motions.

DATED: February 27, 2008          HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA


By:   /s/ Kevin P. McNamara
      KEVIN P. McNAMARA
      Attorneys for Defendant
      DIONEX CORPORATION LONG TERM
      DISABILITY PLAN


DATED: February 27, 2008          RICHARD JOHNSTON


By:   /s/ Richard Johnston
      RICHARD JOHNSTON
      Attorneys for Plaintiff
      ARMINDA Y. MADRID

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

1

## **O R D E R**

2

3      The Court, having reviewed the foregoing Stipulation, and good cause appearing,

4      IT IS ORDERED that the hearing on the parties' cross-motions for summary

5   judgment, currently scheduled for February 29, 2008 at 10:00 a.m. in this Court, is

6   continued to _____ , 2008 at 10:00 a.m. in this Court.

7

8

9   Dated: _____

10                                                              _____
                                                               Charles S. Breyer
                                                               Judge, United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222