**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:  March 6, 2008        Time: 3.5 hours

Case No:  **C-**07-2839 CRB (EDL)

Case Name:  **Arminda Madrid v Dionex Corporation Long Term Disability Plan**

    Deputy Clerk:  Lili M. Harrell        Court Reporter:

    Attorneys:  Pltf: Richard Johnston        Deft: Kevin McNamara

---

**PROCEEDINGS**

[X]  SETTLEMENT CONFERENCE        []  FURTHER SETTLEMENT CONFERENCE

    [X]  Case settled

    []  Did not settle

    []  Partial settlement

[]  DISCOVERY CONFERENCE

[]  STATUS CONFERENCE RE: _____

[]  TELEPHONIC CONFERENCE RE: _____

[]  OTHER: _____

CASE CONTINUED TO:___ FOR ___

NOTES: Parties execute settlement agreement.

cc: