Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Arminda Y. Madrid

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID, | Case No. CV 07-02839 CRB (EDL) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| DIONEX CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the parties have achieved a settlement of all issues in this matter. It is anticipated that a stipulation to dismiss the matter in its entirety will be filed within 21 days of the date of this notice.

Dated: March 7, 2008

                                                /s/
                          Richard Johnston
                          Attorney for Plaintiff
                          Arminda Y. Madrid

_____
NOTICE OF SETTLEMENT