HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant DIONEX
CORPORATION LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID,<br><br>Plaintiff,<br><br>v.<br><br>DIONEX CORPORATION LONG TERM DISABILITY PLAN,<br><br>Defendant. | CASE NO. CV 07-02839 CRB<br><br>Action Filed: May 31, 2007<br>Assigned to Hon. Charles R. Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

Plaintiff ARMINDA Y. MADRID and defendant DIONEX CORPORATION LONG TERM DISABILITY PLAN, by and through their respective attorneys of

///
///
///
///
///
///
///
///
///

1  record, hereby stipulate and agree that this action shall be dismissed with prejudice,
2  with all parties to bear their own attorney's fees and costs.
3
4
5  DATED: ___2/6___, 2008        HARRINGTON, FOXX, DUBROW &
6                                                         CANTER, LLP
                                                          KEVIN P. McNAMARA
7
8                                                         By: _____/s/ K.P.M._____
                                                                    KEVIN P. McNAMARA
9                                                         Attorneys for Defendant, DIONEX
                                                          CORPORATION LONG TERM
10                                                        DISABILITY PLAN
11
12
13 DATED: __Feb 6__, 2008         LAW OFFICES OF RICHARD JOHNSTON
14
15                                                        By: _____/s/ Richard Johnston_____
                                                                    RICHARD JOHNSTON
16                                                        Attorneys for Plaintiff ARMINDA Y.
                                                          MADRID
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: _____, 2008

_____
United States District Court Judge