HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA, State Bar No. 180690
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
kmcnamara@hfdclaw.com

Attorneys for Defendant DIONEX
CORPORATION LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA Y. MADRID,<br><br>    Plaintiff,<br><br>  v.<br><br>DIONEX CORPORATION LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO. CV 07-02839 CRB<br><br>Action Filed: May 31, 2007<br>Assigned to Hon. Charles R. Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

Plaintiff ARMINDA Y. MADRID and defendant DIONEX CORPORATION LONG TERM DISABILITY PLAN, by and through their respective attorneys of

///
///
///
///
///
///
///
///
///

F:\CASE\RAW.3122\PLEADINGS\Stipulation Re Dismissal.wpd   -1-   CV 07-02839 CRB
STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE

record, hereby stipulate and agree that this action shall be dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

DATED: 2/6, 2008

HARRINGTON, FOXX, DUBROW & CANTER, LLP
KEVIN P. McNAMARA

By: /s/ Kevin P. McNamara
KEVIN P. McNAMARA
Attorneys for Defendant, DIONEX CORPORATION LONG TERM DISABILITY PLAN

DATED: Feb 6, 2008

LAW OFFICES OF RICHARD JOHNSTON

By: /s/ Richard Johnston
RICHARD JOHNSTON
Attorneys for Plaintiff ARMINDA Y. MADRID

1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\RAW.3122\PLEADINGS\Stipulation Re Dismissal.wpd   -2-   CV 07-02839 CRB
STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE

## ORDER

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: __April 03__ , 2008



_____
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer